ARTHUR M. EIDELHOCH, Bar No. 168096
PAUL S. COWIE, Bar No. 250131
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone:  415.433.1940
Facsimile:  415.399.8490
Email:  aeidelhoch@littler.com
Email:  pcowie@littler.com

Attorneys for Defendants
CONCENTRA HEALTH SERVICES, INC. AND
DIANA ROZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA HORTON, <br><br> Plaintiff, <br><br> v. <br><br> CONCENTRA HEALTH SERVICES, INC., a corporation, DIANA ROZA, an individual, and DOES 1-50, inclusive, <br><br> Defendants. | Case No. C08-01758 <br><br> **DEFENDANT CONCENTRA HEALTH SERVICES, INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** <br><br> [Local Rule 3-16] <br><br> Trial Date:       None set <br> Complaint Filed:  March 5, 2008 <br> Alameda Co. Superior Court No. RG08374996 |

TO THE JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA FOR THE UNITED STATES DISTRICT COURT AND TO PLAINTIFF TERESA HORTON AND HER ATTORNEY OF RECORD:

   Pursuant to Civil L.R. 3-16, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

Dated: April 2, 2008

/s/ Arthur M. Eidelhoch
ARTHUR M. EIDELHOCH
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
CONCENTRA HEALTH SERVICES, INC.
AND DIANA ROZA

Firmwide:84720843.1 048065.1031

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEF CONCENTRA'S CERTIFICATE OF
INTERESTED ENTITIES OR PARTIES