ARTHUR M. EIDELHOCH, Bar No. 168096
PAUL S. COWIE, Bar No. 250131
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
Email: aeidelhoch@littler.com
Email: pcowie@littler.com

Attorneys for Defendants
CONCENTRA HEALTH SERVICES, INC. and
DIANA ROZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA HORTON,<br><br>Plaintiff,<br><br>v.<br><br>CONCENTRA HEALTH SERVICES, INC., a corporation, DIANA ROZA, an individual, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C08-01758<br><br>**DEFENDANT CONCENTRA HEALTH SERVICES, INC.'S DISCLOSURE STATEMENT** |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEF. CONCENTRA'S DISCLOSURE STATEMENT

CASE NO.

TO THE CLERK OF THE ABOVE-ENTITLED COURT; PLAINTIFF TERESA HORTON AND HER ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN, pursuant to the Federal Rules of Civil Procedure 7.1 that Defendant Concentra Health Services, Inc. is a wholly owned subsidiary of Concentra Inc. No other publicly held company owns more than 10% of the stock of either Concentra Health Services, Inc. or Concentra Inc.

Dated: April 2, 2008

                                                              /s/ Arthur M. Eidelhoch
ARTHUR M. EIDELHOCH
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
CONCENTRA HEALTH SERVICES, INC.
and DIANA ROZA

Firmwide:84751567.1 048065.1031

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEF. CONCENTRA'S DISCLOSURE STATEMENT         2.         CASE NO.