1  ARTHUR M. EIDELHOCH, Bar No. 168096
   PAUL S. COWIE, Bar No. 250131
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:    415.433.1940
   Email:        aeidelhoch@littler.com
5  Email:        pcowie@littler.com

6  Attorneys for Defendants
   CONCENTRA HEALTH SERVICES, INC. AND
7  DIANA ROZA

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | TERESA HORTON,                              | Case No.  C08-01758 EMC
12 |        Plaintiff,                           | **DEFENDANT CONCENTRA HEALTH SERVICES, INC.'S DECLINATION TO**
13 | v.                                          | **PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR**
14 | CONCENTRA HEALTH SERVICES,                  | **REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
   | INC., a corporation, DIANA ROZA, an         |
15 | individual, and DOES 1-50, inclusive,       |
16 |        Defendants.                          |

17

18         **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

19         The undersigned party hereby declines to consent to the assignment of this case to a

20 United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this

21 case to a United States District Judge.

22 Dated: April 8, 2008

23                                              /s/ P.S. Cowie
                                                _____
24                                              ARTHUR M. EIDELHOCH
                                                PAUL S. COWIE
25                                              LITTLER MENDELSON
                                                A Professional Corporation
26                                              Attorneys for Defendants
                                                CONCENTRA HEALTH SERVICES, INC.
27                                              AND DIANA ROZA

28 Firmwide:84780712.1 048065.1031

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

DEF CONCENTRA'S DECLINATION TO
MAGISTRATE JUDGE/REQUEST FOR
REASSIGNMENT                                                              CASE NO. C08-01758 EMC

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 650 California Street, 20th Floor, San Francisco, CA 94108. On April 8, 2008, I served the within document(s):

**DEFENDANT CONCENTRA HEALTH SERVICES, INC.'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

☐ by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 415.399.8490. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Lawrence A. Organ
Allison J. Stone
Law Offices of Lawrence A. Organ
404 San Anselmo Avenue
San Anselmo, CA 94960

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

CERTIFICATE OF SERVICE                                          CASE NO. C08-01758 EMC

| | |
|---|---|
| 1 |        I declare that I am employed in the office of a member of the bar of this court at |
| 2 | whose direction the service was made. Executed on April 8, 2008, at San Francisco, California. |

                          *Pamela Sloan*
                             Pamela A. Sloan

Firmwide:84819129.1 048065.1031

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**CERTIFICATE OF SERVICE**      2.      **CASE NO. C08-01758 EMC**