Lawrence A. Organ (SBN 175503)
Allison J. Stone (SBN 251390)
Law Offices of Lawrence A. Organ
404 San Anselmo Avenue
San Anselmo, California 94960
tel. 415-453-4740
fax 415-453-2829

Attorney for PLAINTIFF TERESA HORTON

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA HORTON, an individual, | Case No. C08-01758 |
| Plaintiff | **DEMAND FOR JURY TRIAL** |
| v. | |
| CONCENTRA HEALTH SERVICES, INC., a corporation, DIANA ROZA, an individual, and DOES 1-50, inclusive, | |
| Defendant. | |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Plaintiff hereby formally requests a jury trial pursuant to the Seventh Amendment of the United States Constitution, and Federal Rules of Civil Procedure 38 and 39.

Respectfully submitted,

Date: April 14, 2008     By: _____
                          Lawrence A. Organ
                          LAW OFFICES OF LAWRENCE A. ORGAN
                          Attorney for Plaintiff

PLAINTIFF'S DEMAND FOR JURY TRIAL                    CASE NO. C08-01758