ARTHUR M. EIDELHOCH, Bar No. 168096
PAUL S. COWIE, Bar No. 250131
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
Email: aeidelhoch@littler.com
Email: pcowie@littler.com

Attorneys for Defendants
CONCENTRA HEALTH SERVICES, INC. AND
DIANA ROZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA HORTON,<br><br>Plaintiff,<br><br>v.<br><br>CONCENTRA HEALTH SERVICES, INC., a corporation, DIANA ROZA, an individual, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C08-01758 JSW<br><br>**CERTIFICATE OF SERVICE RE STANDING ORDERS OF HONORABLE JEFFREY S. WHITE**<br><br>Alameda County Superior Court Case No. RG08374996 |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 650 California Street, 20th Floor, San Francisco, CA 94108. On April 11, 2008, I served the within document(s):

**ORDER RE REASSIGNMENT TO HON. JEFFREY S. WHITE**

**REASSIGNMENT ORDER SIGNED BY RICHARD WIEKING, CLERK**

**JUDGE WHITE'S STANDING ORDER ON RECUSAL**

**JUDGE WHITE'S CIVIL STANDING ORDERS**

**JUDGE WHITE'S STANDING ORDER FOR CIVIL PRACTICE DEPOSITION GUIDELINES**

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CERTIFICATE OF SERVICE                                   CASE NO. C08-01758 JSW

GUIDELINES FOR TRIAL AND FINAL PRETRIAL CONFERENCE IN CIVIL JURY CASES BEFORE THE HONORABLE JEFFREY S. WHITE

GUIDELINES FOR TRIAL AND PRETRIAL CONFERENCE IN CIVIL BENCH CASES BEFORE THE HONORABLE JEFFREY S. WHITE

**CERTIFICATE OF SERVICE**

☐ by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 415.399.8490. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

> Lawrence A. Organ
> Allison J. Stone
> Law Offices of Lawrence A. Organ
> 404 San Anselmo Avenue
> San Anselmo, CA  94960

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on April 11, 2008, at San Francisco, California.

_____
Pamela A. Sloan

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

CERTIFICATE OF SERVICE         2.         CASE NO. C08-01758 JSW