1  ARTHUR M. EIDELHOCH, Bar No. 168096
   PAUL S. COWIE, Bar No. 250131
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone:   415.433.1940
   Email:       aeidelhoch@littler.com
5  Email:       pcowie@littler.com

6  Attorneys for Defendants
   CONCENTRA HEALTH SERVICES, INC. and
7  DIANA ROZA

8  LAWRENCE A. ORGAN, Bar No. 175503
   ALLISON J. STONE, Bar No. 251390
9  LAW OFFICES OF LAWRENCE A. ORGAN
   404 San Anselmo Avenue
10 San Anselmo, CA 94960
   Telephone:   415.453.4740
11
   Attorneys for Plaintiff
12 TERESA HORTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TERESA HORTON,<br><br>        Plaintiff,<br><br>    v.<br><br>CONCENTRA HEALTH SERVICES, INC., a corporation, DIANA ROZA, an individual, and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. C08-01758 JSW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT CONCENTRA HEALTH SERVICES, INC. TO FILE RESPONSIVE PLEADING**<br><br>[Local Rule 6-1(a)] |
|---|---|

Pursuant to Local Rule 6-1(a), Plaintiff TERESA HORTON ("Plaintiff") and Defendant CONCENTRA HEALTH SERVICES, INC. ("Defendant") hereby stipulate to an extension of time for Defendant to file a responsive pleading to Plaintiff's Complaint through and including April 28, 2008.

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3  Dated: April 14, 2008

4  _____
   ARTHUR M. EIDELHOCH
5  PAUL S. COWIE
   LITTLER MENDELSON
6  A Professional Corporation
   Attorneys for Defendants
7  CONCENTRA HEALTH SERVICES, INC. and
   DIANA ROZA

8

9  Dated: April 14, 2008

10 _____
   LAWRENCE A. ORGAN
11 ALLISON J. STONE
   LAW OFFICES OF LAWRENCE A. ORGAN
12 Attorneys for Plaintiff
   TERESA HORTON

13

14

15

16

17

18
   Firmwide:84820439.1 048065.1031
19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. TO EXT. TIME FOR DEF. CONCENTRA         2.                      CASE NO. C08-01758 EMC
TO FILE RESPONSIVE PLEADING

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 650 California Street, 20th Floor, San Francisco, CA 94108. On April 11, 2008, I served the within document(s):

**STIPULATION TO EXTEND TIME FOR DEFENDANT CONCENTRA HEALTH SERVICES, INC. TO FILE RESPONSIVE PLEADING**

☐ by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 415.399.8490. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below.

☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

> Lawrence A. Organ
> Allison J. Stone
> Law Offices of Lawrence A. Organ
> 404 San Anselmo Avenue
> San Anselmo, CA 94960

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at

_____
Gabriela Martin

Firmwide:84884762.1 048065.1031

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CERTIFICATE OF SERVICE | 2. | CASE NO. C08-01758 JSW