1  ARTHUR M. EIDELHOCH, Bar No. 168096
   PAUL S. COWIE, Bar No. 250131
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone: 415.433.1940
   Email: aeidelhoch@littler.com
5  Email: pcowie@littler.com

6  Attorneys for Defendants
   CONCENTRA HEALTH SERVICES, INC.
7
   LAWRENCE A. ORGAN, Bar No. 175503
8  ALLISON J. STONE, Bar No. 251390
   LAW OFFICES OF LAWRENCE A. ORGAN
9  404 San Anselmo Avenue
   San Anselmo, CA 94960
10 Telephone: 415.453.4740

11 Attorneys for Plaintiff
   TERESA HORTON
12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15

16 TERESA HORTON,                    | Case No. C08-01758 JSW
17         Plaintiff,                | STIPULATION TO EXTEND TIME FOR
                                     | DEFENDANT CONCENTRA HEALTH
18     v.                            | SERVICES, INC. TO FILE RESPONSIVE
                                     | PLEADING
19 CONCENTRA HEALTH SERVICES,        |
   INC., a corporation, DIANA ROZA, an| [Local Rule 6-1(a)]
20 individual, and DOES 1-50, inclusive,|
21         Defendants.               |
22

23         Pursuant to Local Rule 6-1(a), Plaintiff TERESA HORTON ("Plaintiff") and

24 Defendant CONCENTRA HEALTH SERVICES, INC. ("Defendant") hereby stipulate to an

25 extension of time for Defendant to file a responsive pleading to Plaintiff's Complaint through and

26 including May 12, 2008.

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. TO EXT. TIME FOR DEF. CONCENTRA
TO FILE RESPONSIVE PLEADING                                    CASE NO. C08-01758 JSW

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3  Dated: April 29, 2008

4  _____
   ARTHUR M. EIDELHOCH
   PAUL S. COWIE
5  LITTLER MENDELSON
   A Professional Corporation
   Attorneys for Defendants
6  CONCENTRA HEALTH SERVICES, INC.

7

8

9  Dated: April 28, 2008

10 _____
   LAWRENCE A. ORGAN
   ALLISON J. STONE
11 LAW OFFICES OF LAWRENCE A. ORGAN
   Attorneys for Plaintiff
   TERESA HORTON

12

18  Firmwide:85046835.1 048065.1031

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. TO EXT. TIME FOR DEF. CONCENTRA
TO FILE RESPONSIVE PLEADING         2.        CASE NO. C08-01758 JSW