1  ARTHUR M. EIDELHOCH, Bar No. 168096
   PAUL S. COWIE, Bar No. 250131
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone:   415.433.1940
   Email:       aeidelhoch@littler.com
5  Email:       pcowie@littler.com

6  Attorneys for Defendants
   CONCENTRA HEALTH SERVICES, INC.
7
   LAWRENCE A. ORGAN, Bar No. 175503
8  ALLISON J. STONE, Bar No. 251390
   LAW OFFICES OF LAWRENCE A. ORGAN
9  404 San Anselmo Avenue
   San Anselmo, CA 94960
10 Telephone:   415.453.4740

11 Attorneys for Plaintiff
   TERESA HORTON
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TERESA HORTON, | Case No. C08-01758 JSW |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | **[Local Rule 16-2]** |
| CONCENTRA HEALTH SERVICES, INC., a corporation and DOES 1-50, inclusive, | |
| Defendants. | |

Pursuant to Judge White's Civil Standing Orders and Local Rule 16-2(e), Plaintiff TERESA HORTON ("Plaintiff") and Defendant CONCENTRA HEALTH SERVICES, INC. ("Defendant") hereby stipulate to continue the Initial Case Management Conference. This is the first requested continuance in this case.

The Initial Case Management Conference is currently set on August 15, 2008 at 1:30 p.m. Lead Trial Counsel for each party is unavailable on that date. Lead Trial Counsel for Plaintiff

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. TO CONTINUE DATE OF INITIAL CMC    CASE NO. C08-01758 JSW

1  is scheduled to be in trial that entire week. Lead Trial Counsel for Defendant is scheduled to be out
2  of state and has a non-refundable plane ticket.

3  The Parties understand that the Court holds Case Management Conferences on
4  Fridays at 1:30 p.m.

5  **As explained below, the first date that Lead Trial Counsel for each party is**
6  **available on a Friday at 1:30 p.m. is October 17, 2008.**

7  Plaintiff's counsel is available on August 22, 2008, but Defendant's counsel will still
8  be out of state and the parties understand that the Court's CMC calendar is full on that date.
9  Although Defendant's counsel is available on Friday afternoons thereafter, Plaintiff's counsel is not
10 available until October 17, 2008. Plaintiff's counsel has a four week trial commencing August 26;
11 the meeting of the Conference of Delegates of the State Bar on September 26-28; a deposition on
12 September 26, the convention of the California Employment Lawyers Association where he is a
13 presenter on October 3, and a deposition on October 10.

14 **The parties request that the Court grant the proposed order continuing the**
15 **Initial Case Management Conference and all related dates until October 17, 2008 at 1:30 p.m.,**
16 **or such other date as the Court deems appropriate.**

17 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

18 Dated: July 21, 2008

*/s/ P.S. Cowie*
ARTHUR M. EIDELHOCH
PAUL S. COWIE
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
CONCENTRA HEALTH SERVICES, INC.

Dated: July 21, 2008

*/s/ Allison Stone*
LAWRENCE A. ORGAN
ALLISON J. STONE
LAW OFFICES OF LAWRENCE A. ORGAN
Attorneys for Plaintiff
TERESA HORTON

28  Firmwide:85945334.2 048065.1031

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. TO CONTINUE DATE OF INITIAL CMC   2.   CASE NO. C08-01758 JSW