1  ARTHUR M. EIDELHOCH, Bar No. 168096
   PAUL S. COWIE, Bar No. 250131
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone: 415.433.1940
   Email: aeidelhoch@littler.com
5  Email: pcowie@littler.com

6  Attorneys for Defendants
   CONCENTRA HEALTH SERVICES, INC.
7

   LAWRENCE A. ORGAN, Bar No. 175503
8  ALLISON J. STONE, Bar No. 251390
   LAW OFFICES OF LAWRENCE A. ORGAN
9  404 San Anselmo Avenue
   San Anselmo, CA 94960
10 Telephone: 415.453.4740

11 Attorneys for Plaintiff
   TERESA HORTON
12

13                      UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16 | TERESA HORTON,                          | Case No. C08-01758 JSW
17 |          Plaintiff,                     | [PROPOSED] ORDER GRANTING
                                              STIPULATION TO CONTINUE DATE OF
18 |   v.                                    | INITIAL CASE MANAGEMENT
                                              CONFERENCE
19 | CONCENTRA HEALTH SERVICES,
   | INC., a corporation and DOES 1-50,      | [Local Rule 16-2]
20 | inclusive,

21 |          Defendants.

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING STIP. TO
CONTINUE DATE OF INITIAL CMC

CASE NO. C08-01758 JSW

1   The Court, having considered the joint stipulation of the parties and having found
2   good cause to be shown, hereby GRANTS the parties' joint stipulation to continue the date of the
3   Initial Case Management Conference and all related dates. The new date for the Initial Case
4   Management Conference shall be [                    ]. All deadlines related to the Initial Case
5   Management Conference are also continued in accordance with the new date.
6       IT IS SO ORDERED.

8   Dated: _____, 2008   _____
9       Hon. Jeffrey S. White
    Judge, United States District Court

Firmwide:85931758.1 048065.1031

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING STIP. TO
CONTINUE DATE OF INITIAL CMC    2.    CASE NO. C08-01758 JSW