1 ARTHUR M. EIDELHOCH , Bar No. 168096
  PAUL S. COWIE, Bar No. 250131
2 LITTLER MENDELSON
  A Professional Corporation
3 650 California Street, 20th Floor
  San Francisco, CA 94108.2693
4 Telephone:    415.433.1940
  Facsimile:    415.399.8490
5 Email:        aeidelhoch@littler.com
  Email:        pcowie@littler.com
6
  Attorneys for Defendants
7 CONCENTRA HEALTH SERVICES, INC.

8 LAWRENCE A. ORGAN, Bar No. 175503
  LAW OFFICES OF LAWRENCE A. ORGAN
9 404 San Anselmo Avenue
  San Anselmo, CA 94960
10 Telephone:   415.453.4740
   Facsimile:   415. 453.2829
11 Email:       larryaorgan@aol.com

12 Attorneys for Plaintiff
   TERESA HORTON
13

14

15                    UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17 TERESA HORTON, an individual,          Case No. C08-01758 JSW

18              Plaintiff,                 **STIPULATION FOR DISMISSAL OF
                                           ENTIRE ACTION WITH PREJUDICE
19        v.                               AND [~~PROPOSED~~] ORDER**

20 CONCENTRA HEALTH SERVICES,             **[FED. R. CIV. P. 41(A)(1)]**
   INC., a corporation
21
               Defendants.
22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

STIP. OF DISMISSAL WITH PREJUDICE OF
ENTIRE ACTION                                          CASE NO. C 08-01758 JSW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION**

Teresa Horton ("Plaintiff") and Defendant Concentra Health Services, Inc. ("Defendant") through their respective counsel of record, hereby stipulate to the dismissal of the above-referenced lawsuit in its entirety with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each side will pay its/her own attorneys' fees and costs.

Dated: ~~January~~ February 2 _____, 2009

ARTHUR M. EIDELHOCH
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
CONCENTRA HEALTH SERVICES, INC.

Dated: January 30, 2009

LAWRENCE A. ORGAN
LAW OFFICES OF LAWRENCE A. ORGAN
Attorneys for Plaintiff
TERESA HORTON

**ORDER**

Pursuant to the Parties Stipulation, IT IS SO ORDERED.

Dated: February 24 , 2009

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Firmwide:88265260.1 048065.1031

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108-2693
415.433.1940

STIP. OF DISMISSAL WITH PREJUDICE OF
ENTIRE ACTION

2.

CASE NO. C 08-01758 JSW